VILLAGE OF RIDGEWOOD, PLAINTIFF-RESPONDENT, v. SREEL INVESTMENT CORPORATION, DEFENDANT-PETITIONER.

*Mr. Milton T. Lasher* for the petitioner.

*Mr. William Reinhardt, Mr. Samuel Doan* and *Mr. Aaron Dines* for the respondent.

May 12, 1958.   Granted.

MINNA KRUG, PLAINTIFF-PETITIONER, v. EMIL WANNER, *ET AL.,* DEFENDANTS-RESPONDENTS.

*Mr. Frederick Klaessig* for the petitioner.

*Messrs. Hein, Smith & Mooney* and *Mr. Edward E. Kuebler* for the respondents.

May 12, 1958.   Granted.